# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CAROLYN M. YANCEY                                                           PLAINTIFF

V.                       No. 4:20-CV-478-JTR

ANDREW SAUL, Commissioner
Social Security Administration                                              DEFENDANT

## ORDER

Before the Court is Plaintiff Carolyn M. Yancey's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 27*. The Motion is unopposed. *Doc. 30*.

Plaintiff's attorney, Nicholas L. Coleman, requests a total award of **$7,445.58** (which sum includes 36 attorney hours incurred in 2020–21 at an hourly rate of $206; and expenses of $29.58).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 27*) is GRANTED.

Plaintiff is awarded **$7,445.58** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 1st day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE